UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:25-cr-236-SPC-NPM

RUDY PEREZ
_________________________________/

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 89). Now that the Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in the Samsung Galaxy S23, Model SM-S7114, serial number R5CX202F3FN. *See* 18 U.S.C. §§ 1467, 2428 and 2253 and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crimes of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is hereby:

**ORDERED**:

The Unites States' Motion for Preliminary Order of Forfeiture (Doc. 89) is **GRANTED**.

1. The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. §§ 1467, 2428 and 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at Sentencing.

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE and ORDERED** in Fort Myers, Florida on September 29, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record